DEAR CLERK OF THE COURT  NOVEMBER 15,
RE: JOSE ANTHONY BORJA  2012.
    PETITIONER - APPELLANT
    V
MATHEW CATE CDCR SECRETARY
    RESPONDENT - APPELLEE
    NO: 12 - 56187
D.C. NO. 2:09-CV-02420-DDP-SS
C.D. CAL LOS ANGELES DIV.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
NOV 23 2012
FILED _____
DOCKETED _____
DATE _____ INITIAL _____

    DEAR CLERK- I AM UNABLE TO TO SEND THE RESPONDENTS, A COPY OF THIS DECLARATION & MOTION UNDER FED.R.APP.P 18, AS WELL AS THE AMMOUNT OF COURT REQUIRED COPIES - WITHOUT CAUSING A DELAY. AS IT IS EXTREMLEY HARD TO GET ACCESS TO THE LAW LIBRARY HERE AT KVSP. HOWEVER THRU UNCONVENTIONAL MEANS I WAS ABLE TO OBTAIN ONLY 1 COPY FOR MYSELF WHICH I AM SENDING WITH THE COURTS "1. ORIGINAL COPY" TO BE FILED STAMPED RETURNED. THERE FOR I AM UNABLE TO SEND THE ATTORNEY GENERAL THEIR COPY, UNLESS I WAIT ABOUT 2 MORE WEEKS TO BE CALLED UP TO OUR LAW LIBRARY.

    THIS DECLARATION IS NOT BEING MADE FOR ANY IMPROPER PURPOUS SUCH AS TO HARASS OR CAUSE DELAY AND I JOSE ANTHONY BORJA DECLARE UNDER THE PAINS AND PENALTIES OF PURJERY THAT THE FOREGOING IS TRUE COMPLETE AND CORRECT AND NOT MENT TO BE MISLEADING TO THE BEST OF MY FIRST HAND

DATE 11/15/2012

                        /s/ Jose Borja
                        JOSE ANTHONY BORJA
                        PETITIONER - APPELLANT
                        (IN PRO PER)

1

STATE OF CALIFORNIA                                      COUNTY OF KERN

# VERIFICATION

C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 17460

I **JOSE ANTHONY BORJA** declare under penalty of perjury that: I am the **PETITIONER - APPELLANT** in the above entitled action. I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **15** day of **NOVEMBER**, 2012, Kern Valley State Prison.

Signature **Jose Borja**
DECLARANT/PRISONER

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
NOV 23 2012
FILED _____
DOCKETED _____
DATE     INITIAL

# PROOF OF SERVICE BY MAIL

C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746

I **JOSE BORJA**, am a resident of California State Prison, in the County of KERN, State of California: I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box **5104**, Delano, CA. 93216.

On **NOVEMBER 15,**, 2012, I served the foregoing **LETTER RE: EXPLANATION of COURT REQUIRED COPIES AND NO COPY FOR RESPONDENTS (A G) TO CLERK OF COURT**

Set forth exact title of document(s) served

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s) with postage thereof fully paid, in the United States Mail, in a deposit box so provided at KERN Valley State Prison, Delano, CA. 93215.

**CLERK OF COURT
US. COURT OF APPEALS
FOR THE NINTH CIRCUIT
JAMES R. BROWNING COURTHOUSE
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939**

List parties served

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **11/15/2012**                               **Jose Borja**
                                                    DECLARANT/PRISONER

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 23 2012

FILED
DOCKETED _____ _____
                DATE    INITIAL

JOSE ANTHONY BORJA
CDC # T-54311
KVSP-FAC-04-104L
P.O. BOX-5104
DELANO, CA 93216
(IN PRO PER)

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUT

| | |
|---|---|
| JOSE ANTHONY BORJA<br><br>PETITIONER-APPELLANT<br><br>V.<br><br>MATHEW CATE, CDCR SECRETARY,<br><br>RESPONDENT-APPELLEE | NO. 12-56187<br><br>D.C. NO. 209-CV-02420-DDP-SS,<br><br>[C.D. CAL. LOS ANGELES DIV.]<br><br>Fed. R. App. P. 18 MOTION TO STAY FOR PROCEDURAL REVIEW; DECLARATION IN SUPPORT [PROPOSED ORDER] |

JOSE ANTHONY, PETITIONER-APPELLANT IN THE ABOVE ENTITLED MATTER AM REQUESTING IN THIS MOTION A 90 DAY STAY OF TIME TO CONDUCT A PROCEDURAL REVIEW FED. R. APP. P. 18 AND NEW DEADLINE UP TO AND INCLUDING FEBUARY 12 2012 90 DAYS FROM TODAYS DATE TO FILE A MOTION FOR CERTIFICATE OF APPEALABILITY.

GOOD CAUSE IS SHOWN FOR THIS REQUEST IN THE ATTACHED DECLARATION OF PETITIONER.

DATED NOVEMBER 12, 2012

RESPECTFULLY SUBMITTED,

*Jose A Borja*

JOSE ANTHONY BORJA

PETITIONER-APPELLANTE - IN PRO SE

-1-

DECLARATION OF JOSE A BORJA

IN SUPPORT OF MOTION FOR STAY & NEW DEADLINE, FOR PROCEDURAL REVIEW FED. R. APP. P. 18.

I JOSE ANTHONY BORJA DECLARE;

1) I AM THE PETITIONER-APPELLANT IN THIS MATTER AND MAKE THIS DECLARATION IN SUPPORT OF MY MOTION TO STAY FOR PROCEDURAL REVIEW FOR 90 DAYS IN ORDER TO FILE MY MOTION FOR CERTIFICATE OF APPEALABILITY.

2) THE DEADLINE IN WHICH TO FILE MY APPLICATION FOR (COA) WAS AUGUST 24 2012, AFTER BEING GRANTED ONE-THIRTY DAY ENLARGEMENT OF TIME.

3) FOR THE FOREGOING REASONS THE DEADLINE PASSED AND THUS WAS NOT MET.

4) FIRST - I HAVE NO LEGAL, OR EXPIERENCE AND I HAD TO ENLIST THE SERVICES AND HELP OF A FELLOW PRISONER - RAIN DICKEY O'BRIEN, A RESIDENT OF PLEASANT VALLEY STATE PRISON WHO HAS DONE MOST DOCUMENTS FOR ME, INCLUDING OBJECTIONS TO THE REPORT & RECOMMENDATIONS OF THE U.S. MAGISTRATE JUDGE, AND DOCKETT ENTRY NO. 3 OF THIS COURT U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT DATED 7/30/2012 FOR THE INSTANT CASE (A MOTION FOR A 30-DAY ENLARGEMENT OF TIME TO FILE MOTION FOR CERTIFICATE OF APPEALABILITY WHICH IS CLEAR, BY HIM SIGNING OFF ON DECLARATION OF SERVICE BY U.S. MAIL DATED July 22, 2012. THE MOTION WAS GRANTED, (ORDER, DOCKETT ENTRY NO. 4) DEADLINE WAS NOW AUGUST. 24, 2012

5) SECOND - THE APPLICATION WAS SENT IN PRIOR TO THE AUGUST 24, 2012 DEADLINE, ON OR AROUND AUGUST 19, OR 20, 2012. THERE WAS ONLY ONE ADDITIONAL COPY OF MY MOTION IN WITH THE ORIGINAL WITH NO OTHER ADDITIONAL COPIES KEPT FOR PETITIONER-APPELLANT. COPIES COULD NOT BE MADE AT THE TIME, AND NOTED IT IN WITH THE MOTION & ALSO INCLUDED WAS A PRE-ADDRESSED STAMPED ENVELOPE FOR A "FILED" STAMPED RETURN COPY. AFTER BEING NOTIFIED OF THE FILING AND NOT RECEIVING ANYTHING FROM THE COURT ON OCTOBER 10, 2012 I SENT A LETTER TO THE CLERK OF THE COURT

-2-

REQUESTING A COPY OF MY MOTION FOR (COA) (DOCKETT ENTRY NO. 5 DATED OCTOBER 19, 2012.)

6) THIRD - ON NOVEMBER 6, 2012 I RECIVED & SIGNED FOR A ENVELOPE BY CLERK OF THE COURT THAT CONTAINED A COPY OF THE DOCKETT TEXT, THAT DID NOT REFLECT THE RECIVING OR FILING OF MY APPLICATION FOR (COA) & ALSO STATED MY FEE WAS DUE ON STATUS.

7) FOURTH - PETITIONER APPELLANTE IS ASKING OF THE HONERABLE COURT FOR 90 DAYS STAY OF DAYS TO CONDUCT A PROCEEDURAL REVIEW SO THAT PETITIONER CAN TRY AND FIND OUT WHAT HAPPEND TO THE MOTION, OBTAIN A STAFF NAME, OUTGOING MAIL LOG IF POSSIBLE AND DRAFT ANOTHER MOTION FOR CERTIFICATE OF APPELA-BILITY, DUE TO THIS UNFORESEEN EVENT AND ALSO CONTACT & RECIVE INFOR-MATION OF THIS MATTER WITH RAIN DICKEY O'BRIEN THE FELLOW PRISONER WHO HAS BEEN HELPING/WORKING ON MOST OF MY CASE WHO IS IN ANOTHER INSTITUTION.

8) FIFTH - AS PREVIOUSLY STATED I HAVE NO LEGAL TRAINING EDUCATION OR EXPIERENCE AND ALL PRISONS INCLUDING THIS ONE HAVE SEVERE STAFF SHORTAGES RESULTING FROM THE STATES BUDGETARY CHRISES AND ARE ONLY ALLOWED 2½ HOURS OF LAW LIBRARY AT A TIME ON A ROTATIONAL BASIS AND ONLY WITH A COURT ORDERED DEADLINE OTHERWISE YOUR CALLED IN WHEN YOUR CALLED IN ONCE EVERY 2 OR 3 WEEKS.

9) SIXTH - MY CASE IS RELETIVLY COMPLEX AND THUS NECESSATATES A MORE LENGHTHY PRESNTATION OF THE FACTUAL & LEGAL ISSUES. I WAS CONVICTED ON EIGHT COUNTS INCLUDING, ATTEMPTED MURDER AND MY MOTION DEALS WITH THREE DIFFERENT ERRORS MADE BY THE DISTRICT COURT.

10) SEVENTH - THIS STAY OF 90 DAYS & REQUEST FOR A NEW DEAD LINE TO FILE APPLICATION FOR CERTIFICATE OF APPELLABILITY IS NOT BEING MADE FOR ANY IMPROPER PURPOUS SUCH AS TO HARASS, ANNOY, DELAY OR CAUSE ANY KIND OF BURDEN ON THE RESPONDENTS (A.G) OR THE COURT HOWEVER IT IS NECESSARY IN ORDER TO PROCEED WITH MY

-3-

APPLICATION FOR CERTIFICATE OF APPEALABILITY AND CHALLANGE CONSTITUTIONAL INJURY.

11) BASED ON THE FOREGOING I RESPECTFULLY REQUEST A 90 DAY STAY TO CONDUCT A PROCEDURAL REVIEW, RESEARCH DRAFT AND FILE. ANOTHER APPLICATION FOR CERTIFICATE OF APPEALABILITY UP TO AND INCLUDING, FEBUARY 12, 2012.

12) I DECLARE UNDER THE PENALTY OF PURJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FORGOING IS TRUE AND CORRECT.

DATE NOVEMBER 12, 2012

*Jose A Borja*
JOSE ANTHONY BORJA
DECLAREANT, APPELLANT.

Jose Antony Borja
CDC # T-54311
KVSP. FAC.04-104L
P.O. BOX. 5104
DELANO, CA 93216
(IN PRO PER)

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUT

| | |
|---|---|
| JOSE ANTONY BORJA,<br>PETITIONER - APPELLANT<br>V<br>MATHEW CATE, CDCR SECRETARY<br>RESPONDENT - APPELLEE | NO. 12-56187<br>D.C. NO 209-CV-02420-DDP-SS<br>[C.D.CAL LOS ANGELES DIV]<br>FED R. APP. P. 18 MOTION TO STAY FOR PROCEDURAL REVIEW; DECLARATION IN SUPPORT<br>[ORDER] |

ON MOTION OF PETITIONER - APPELLANT, AND GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT PETITIONER - APPELLANT IS GRANTED 90 DAY STAY OF TIME TO AND INCLUDING FEBUARY 12, 2012 IN WHICH TO FILE A MOTION FOR CERTIFICATE OF APPEALABILITY.

IT IS SO ORDERED.

DATED _____          _____
                                U.S. COURT OF APPEALS JUSTICE

- 5 -

STATE OF CALIFORNIA                          COUNTY OF KERN

## VERIFICATION

C.C.P. SEC. 466 & 2015.5; 28 U.S.C. SEC. 17460

I **JOSE ANTHONY BORJA** declare under penalty of perjury that: I am the **PETITIONER-APPELLANT** in the above entitled action. I have read the foregoing documents and know the contents thereof and the same is true of my own knowledge, except as to matters stated therein upon information, and belief, and as to those matters, I believe they are true.

Executed this **12** day of **NOVEMBER**, 2012, Kern Valley State Prison.

Signature **Jose Borja**
DECLARANT/PRISONER

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NOV 23 2012

FILED_____
DOCKETED_____
DATE      INITIAL

## PROOF OF SEVICE BY MAIL

C.C.P. SEC. 1013(a) & 2015.5; 28 U.S.C. SEC. 1746

I **JOSE ANTHONY BORJA**, am a resident of California State Prison, in the County of KERN, State of California: I am over the age of eighteen (18) years and am/am not a party of the above entitled action. My state prison address is: P.O. Box **5104**, Delano, CA. 93216.

On **NOVEMBER 12**, 2012, I served the foregoing **DECLARATION; MOTION for 90 DAY STAY for PROCEDURAL REVIEW fed. R. APP. P. 18; DECLARATION IN SUPPORT for NEW deadline & LETTER REGARDING COPIES & COPY for RESPONDENTS.**

Set forth exact title of document(s) served

On the party(s) herein by placing a true copy(s) thereof, enclosed in sealed envelope(s) with postage thereof fully paid, in the United States Mail, in a deposit box so provided at KERN Valley State Prison, Delano, CA. 93215.

OFFICE OF THE CLERK
JAMES R. BROWNING COURTHOUSE
U.S. COURT OF APPEALS
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

DAVJED E. MADEO, ESQ.
OFFICE OF THE ATTORNEY GENERAL
300. SOUTH SPRING. ST #1702
LOS ANGELES, CA 90013

List parties served

There is delivery service by United States Mail at the place so addressed, and/or there is regular communication by mail between the place of mailing and the place so addressed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: **11/12/2012**                         **Jose Borja**
DECLARANT/PRISONER