FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 19 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE ANTHONY BORJA, | No. 12-56187 |
| Petitioner - Appellant, | D.C. No. 2:09-cv-02420-DDP-S<br>Central District of California,<br>Los Angeles |
| v. | |
| MATTHEW L. CATE, | ORDER |
| Respondent - Appellee. | |

Before: PAEZ and MURGUIA, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All pending motions, if any, are denied as moot.